IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.    JAKAYLA CARTER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-21-553-JD |
| | ) | |
| 1.    GOWISE USA | ) | |
| 2.    MING'S MARK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jakayla Carter and Defendants Gowise USA and Ming's Mark, Inc., hereby stipulate to a dismissal without prejudice of all of Plaintiff's claims and causes of action asserted by Plaintiff against Defendant Ming's Mark, Inc. **only** in the above-styled cause.  Each party shall bear their own attorneys' fees and costs. Plaintiff's claims against GoWise USA remain pending.

BRYAN GARRETT
119 N. Robinson, Suite 650
Oklahoma City, Oklahoma 73102
(405) 839-8424
(888) 261-7270 - fax

By:    /s/ Bryan G. Garrett
BRYAN G. GARRETT, OBA #17866
bryan@bgarrettlaw.com

and

  /s/Jason A. Robertson
Jason A. Robertson, OBA #17696
Cathleen W. McMahon, OBA# 32647
P.O. Box 239
Tulsa, OK 74101
(918) 583-8100
FAX: (918) 583-8107
jrobertson@piercecouch.com
Attorneys for Defendant GOWISE USA